AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY - 5 2026
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| SAHITI, Afrim | ) | Case No.   8:26-PO-43 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of  May 3, 2026 in the county of Franklin  County in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
Complainant's signature

U.S. Border Patrol Agent Clinton L. Joseph
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    May 5, 2026

_____
*Judge's signature*

City and State:    Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Clinton L. Joseph, hereby depose and state under penalty of perjury:

1.    I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 17 years and have been assigned to the Swanton Sector since 2018.  I successfully completed training at the United States (U.S.) Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests.  I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases.  It does not set forth all of my knowledge about the investigation.

2.    I submit this affidavit in support of a criminal complaint charging defendant with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3.  On May 3, 2026, at approximately 6:45 p.m., Border Patrol Agents received information from Swanton Sector Radio regarding one (1) suspected illegal alien crossing the United States-Canadian Border into Fort Covington, New York. Shortly after, an agent observed a vehicle driving south of where the incursion occurred. The agent conducted a vehicle stop for an immigration inspection. The passenger, Afrim SAHITI, was determined to be illegally present in the United States, without proper documentation to be in, enter, or remain legally. The subject was arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

4.     The following defendant waived their *Miranda* rights and admitted that they unlawfully entered the United States from Canada:  SAHITI, Afrim

## Conclusion

5.     Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Clinton L. Joseph
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:   MAY 5, 2026

Hon. Gary L. Favro
United States Magistrate Judge